FILED
JUL 2 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON JR.)

| UNITED STATES OF AMERICA, | ) | Case No. 12CR1352-GT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| JUAN GARCIA-RUBIO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for July 24, 2012 at 9:30 a.m. be continued to August 9, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 7-19-12

_____
HONORABLE GORDON THOMPSON JR.
United States District Judge